**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re:<br><br>**LEGACY DEVELOPMENT SC GROUP, LLC**<br><br>**Debtor.** | **Case # 12-06435-DD**<br><br>**Chapter 7** |

**NOTICE OF TRUSTEE'S MOTION TO ALLOW CLAIMS AND MAKE AN INTERIM DISTRIBUTION AND APPLICATION FOR INTERIM COMPENSATION AND DEADLINE TO OBJECT**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Michelle L. Vieira, trustee of the above styled estate, has filed a Motion to Allow Claims and Make an Interim Distribution ("Motion") and the Trustee has filed interim fee applications, which is summarized in the Motion.

The Motion and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

>CLERK, U.S. BANKRUPTCY COURT
>J. BRATTON DAVIS U.S. BANKRUPTCY COURTHOUSE
>1100 LAUREL STREET
>COLUMBIA, SC 29201

Any person wishing to object to any fee application that has not already been approved or to the Motion, must file a written objection within 21 days from the mailing of this notice, service a copy of the objections upon the trustee, any part whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Motion will be held at 9:00 a.m. on January 27, 2015, in Courtroom 225:

>United States Courthouse
>145 King Street
>Charleston, South Carolina 29401

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

      Dated this 24 day of October, 2014 at Myrtle Beach, SC.

                                            /s/ Michelle L. Vieira, Trustee
                                            Michelle L. Vieira, Trustee
                                            District Court ID #9876
                                            P O Box 70309
                                            Myrtle Beach, SC 29572
                                            Phone (843) 497-9800, Fax (877) 684-1614
                                            Email: michellelvieira@msn.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In Re:

**LEGACY DEVELOPMENT SC GROUP, LLC**

**Debtor.**

Case # 12-06435-DD

**Chapter 7**

**MOTION TO ALLOW CLAIMS AND MAKE AN INTERIM DISTRIBUTION**

COMES NOW the Trustee, Michelle L. Vieira, and applies to the Court for an Order Allowing Claims and Authorizing an Interim Distribution. In support thereof, the Trustee alleges and states as follows:

1. The Trustee has on hand the sum of $916,761.29. The case has not been closed because the trustee is still administering assets, which may yield additional funds to distribute to creditors. The Trustee is still pursuing additional adversary proceedings that could delay the closing of the case. It is in the best interest of the creditors to make an interim distribution to reduce the bank fees paid on the funds pending final distribution.

2. The Trustee is requesting the Court enter an Order allowing the following claims and allowing her to make an interim distribution of $750,000.00 as set forth below:

| **Secured Claims** | **Allowed Claim** | **Requested Payment** |
|---|---|---|
| HERITAGE FUNDING, LLC | $48,222.64 | $48,222.64 |

| **Administrative Claims (Chapter 7)** | **Allowed Claim** | **Requested Payment** |
|---|---|---|
| Michelle L. Vieira, Trustee Compensation | $72,397.16 | $72,397.16 |
| Michelle L. Vieira, Trustee Expenses | $1,440.43 | $1,440.43 |

| **Unsecured Claims** | **Allowed Claim** | **Requested Payment** |
|---|---|---|
| HORRY COUNTY STATE BANK | $1,090,804.42 | $190,130.54 |
| HERITAGE FUNDING, LLC | $731,916.51 | $127,575.28 |
| HORRY COUNTY TREASURER | $143,422.45 | $24,998.97 |
| RED EAGLE INVESTMENTS LLC | $88,621.00 | $15,446.91 |
| LUM & ELIZABETH HUGH | $117,583.16 | $20,495.10 |
| PAT O'DONNELL | $92,748.02 | $16,166.26 |
| Mary Elizabeth Toler | $16,686.63 | $2,908.53 |
| William Lee Toler | $817,644.71 | $142,517.97 |
| JOSEPH GOLDIAN | $87,056.48 | $15,174.21 |
| RON JONES VIA EQUITY TRUST IRA #20857 | $326,279.33 | $56,871.48 |
| Merito Investments LLC | $89,812.00 | $15,654.52 |

| | |
|---|---:|
| Total Secured Claims: | $48,222.64 |
| Total Administrative Claims (Chapter 7): | $73,837.59 |
| Total Unsecured Claims: | $627,939.77 |
| **Total Dividend:** | **$750,000.00** |

WHEREFORE, Trustee prays this Court issue an Order Allowing Claims and Authorizing Interim Distribution.

/s/ Michelle L. Vieira, Trustee
Michelle L. Vieira, Trustee
District Court ID #9876
P O Box 70309
Myrtle Beach, SC 29572
Phone (843) 497-9800, Fax (877) 684-1614
Email: michellelvieira@msn.com

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 12-06435 | DD | Judge: | David R. Duncan | Trustee Name: | Michelle L. Vieira |
|---|---|---|---|---|---|---|
| Case Name: | LEGACY DEVELOPMENT SC GROUP, LLC | | | | Date Filed (f) or Converted (c): | 10/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 01/03/2013 |
| For Period Ending: | 11/20/2014 | | | | Claims Bar Date: | 04/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Lot 1 Villa D'Este, North Myrtle Beach SC | Unknown | 0.00 | | 44,000.00 | FA |
| 2. Lot 2 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 3. Lot 25 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 4. Lots 26, 42, 74, 83, 88, 92, 94 and 98 Villa D'E | Unknown | 0.00 | | 352,000.00 | FA |
| 5. Lot 38 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 6. Lot 39 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 7. Lot 58 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 8. Lot 59 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 9. Lot 61 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 10. Lot 84 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 11. Lot 105 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 12. Lot 106 Villa D'Este, North Myrtle Beach, SC | Unknown | 0.00 | | 44,000.00 | FA |
| 13. Open Space #1, 2, 3, 4, and 5 Villa D'Este, Nort | Unknown | 0.00 | | 20,000.00 | FA |
| 14. Money Owed by Ryan Cunningham - amount owed is $ | Unknown | 0.00 | | 900,000.00 | FA |
| 15. Money owed by Kenneth Gwynn - owes $3,037,479 | Unknown | 0.00 | | 0.00 | FA |
| 16. Lot 71, Villa D'este, North Myrtle Beach    (u) | 0.00 | 0.00 | | 44,000.00 | FA |
| 17. DECLARANT RIGHTS    (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 18. ADV. PROCEEDING 14-80003 VS. HERITAGE FUNDING   (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19. ADV. PROCEEDING 14-80013 VS. SCBT    (u) | 0.00 | 0.00 | | 0.00 | 75,000.00 |
| 20. Adversary 14-80082 Vieira v. Vice (u) | 0.00 | 75,000.00 | | 0.00 | 75,000.00 |
| 21. Adv. 14-80083 Vieira v. LEJ, LLC (u) | 0.00 | 120,000.00 | | 0.00 | 120,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                     $0.00         $295,000.00         $1,805,000.00         $270,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3-2014  The trustee is actively pursuing the collection of the Judgment against Ryan Cunningham in West Virginia.  Additionally, The trustee is pursuing claims against Legrand, and  SCB&T

1-15-14   Creel $1,195.00. Admin expense order entered.   Pay when money comes in from sale

8-6-13 email-update Shep Guyton email address:   rsguyton@guytonlawfirm.com

2004 Exam of Guyton on August 8 @ 11AM

4-20-13  Pursuing collection of Judgment against Ryan Cunningham.  Judgment to enter in Federal Court within the next 30 days in excess of 1 Million Dollars.

Trustee and B.Barton have meeting with potential purchaser on Friday May 3, 2013 to discuss purchase of all remaining land in North Myrtle Beach. This land is very messy with title curently.  Trustee and counsel attempting to determine what liens are valid in an attempt to determine values for lots.

Ryan Cunningham West Virginia lawsuit - see 1-5-13 email from Kevin Barrett

LeGrand doesn't know if loss carryback returns were every filed.  Find out from Gleissner who his accountant was.   Get phone number & contact info.

Amend schedules-NBSC claim no longer disputed.

They need to send us:
----Appraisals of properties
----Copies of documents where various notes were purchased

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 12<br>Trustee has meeting on May 3, 2013 with potentail purchaser regarding sale of all land in N. Myrtle Beach.  This note applies to assets 1 to 13 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 12 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 12<br>Pursuing collection of this debt in WV |
| RE PROP # | 15 | -- | Imported from original petition Doc# 12<br>Gwynn has filed BK and this appears to be uncollectible |
| RE PROP # | 18 | -- | and Ronald LeGrand<br>Ongoing litigation.  Value is an estimate, as there is no way to know what a jury will award.<br><br>**Litigation settled.  No funds to estate.  However, claim was greatly reduced allowing funds to be paid to other creditors.  No funds paid on this claim will be payable to Ron Legand or his daughter. |
| RE PROP # | 19 | -- | Litigation was settled after Motions for Summary Judgment were taken under advisement.  Bank will pay $75,000 to the estate as full settlement. |
| RE PROP # | 20 | -- | Litigation to collect on a note owed to Debtor |
| RE PROP # | 21 | -- | Note owed to Debtor prepetition |

Initial Projected Date of Final Report (TFR): 06/01/2014       Current Projected Date of Final Report (TFR): 12/31/2014

Trustee Signature:      /s/ Michelle L. Vieira      Date: 11/20/2014

Michelle L. Vieira
P O Box 70309
Myrtle Beach, SC 29572
(843) 497-9800
michellelvieira@msn.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-06435
Case Name: LEGACY DEVELOPMENT SC GROUP, LLC
Taxpayer ID No: XX-XXX3727
For Period Ending: 11/20/2014

Trustee Name: Michelle L. Vieira
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0164
Checking
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/14 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $248,094.16 | | $248,094.16 |
| 09/10/14 | 14 | Barton Law Office | Settlement Proceeds from Ryan Cunningham Settlement | 1129-000 | $900,000.00 | | $1,148,094.16 |
| 09/30/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,155.95 | $1,146,938.21 |
| 10/15/14 | 1001 | BAILEY & GLASSER, LLP 209 CAPITOL STREET CHARLESTON, WV  25301 | Final Payment for Special Counsel | | | $188,227.31 | $958,710.90 |
| | | BAILEY & GLASSER LLP | ($180,000.00) | 3210-000 | | | |
| | | BAILEY & GLASSER LLP | ($8,227.31) | 3220-000 | | | |
| 10/15/14 | 1002 | Equity Trust Company, Custodian FBO Mary Elizabeth Toler IRA | Payment as per Consent Order #114 Entered 1/10/14 | 4110-000 | | $240.00 | $958,470.90 |
| 10/15/14 | 1003 | Equity Trust Company, Custodian FBO William Lee Toler IRA | Payment as per Consent Order #114 Entered 1/10/14 | 4110-000 | | $11,760.00 | $946,710.90 |
| 10/16/14 | 1004 | FAULKNER AND THOMPSON P. A. PO Box 2456 Rock Hill, SC  29732-4456 | Payment as per Order Allowing Interim Compensation dated 10-16-14, Docket #171 | | | $29,949.61 | $916,761.29 |
| | | FAULKNER AND THOMPSON P. A. | Payment as per Order Allowing Interim Compensation dated 10-16-14, Docket #171 ($29,613.00) | 3410-000 | | | |
| | | FAULKNER AND THOMPSON, P.A. | Payment as per Order Allowing Interim Compansation dated 10-16-14, Docket #171 ($336.61) | 3420-000 | | | |
| 10/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,579.45 | $915,181.84 |
| 11/06/14 | | South State Bank | Settlement of Adv. Litigation Settlement with South State Bank per Court Order entered 10/22/14 in AP #14-80013. Docket #27. | 1249-000 | $75,000.00 | | $990,181.84 |

Page Subtotals: $1,223,094.16    $232,912.32

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $1,223,094.16 | $232,912.32 |
| Less: Bank Transfers/CD's | $248,094.16 | $0.00 |
| Subtotal | $975,000.00 | $232,912.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $975,000.00 | $232,912.32 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-06435 | Trustee Name: | Michelle L. Vieira |
|---|---|---|---|
| Case Name: | LEGACY DEVELOPMENT SC GROUP, LLC | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX3727 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/14 | | BARTON LAW FIRM 1715 PICKENS STREET COLUMBIA, SC 29201 | | | $896,487.92 | | $896,487.92 |
| | | | Gross Receipts      $905,000.00 | | | | |
| | | | Deed stamps, title prep, etc.    ($3,598.50) | 2500-000 | | | |
| | | | Horry County tax 1/1/14- 1/30/14    ($4,913.58) | 2820-000 | | | |
| | 2 | | Lot 2 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 3 | | Lot 25 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 5 | | Lot 38 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 6 | | Lot 39 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 7 | | Lot 58 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 8 | | Lot 59 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 9 | | Lot 61 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 10 | | Lot 84 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 11 | | Lot 105 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 12 | | Lot 106 Villa D'Este, North Myrtle Beach, SC    $44,000.00 | 1110-000 | | | |
| | 13 | | Open Space #1, 2, 3, 4, and 5 Villa D'Este, Nort    $20,000.00 | 1110-000 | | | |
| | 1 | | Lot 1 Villa D'Este, North Myrtle Beach SC    $44,000.00 | 1110-000 | | | |

Page Subtotals:        $896,487.92        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-06435 | Trustee Name: | Michelle L. Vieira |
|---|---|---|---|
| Case Name: | LEGACY DEVELOPMENT SC GROUP, LLC | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX3727 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 4 | | Lots 26, 42, 74, 83, 88, 92, 94 and 98 Villa D'E $352,000.00 | 1110-000 | | | |
| | 16 | | Lot 71, Villa D'este, North Myrtle Beach $44,000.00 | 1110-000 | | | |
| | 17 | | DECLARANT RIGHTS $5,000.00 | 1290-000 | | | |
| 02/05/14 | 107 | EQUITY TRUST CO, CUSTODIAN FBO WILLIAM LEE TOLER IRA 2711 B WATSON BLVD. WARNER ROBINS, GA  31093 | Authorized per Order at Docket #114 | 4110-000 | | ($11,760.00) | $908,247.92 |
| 02/05/14 | 108 | EQUITY TRUST CO, CUSTODIAN FBO MARY ELIZABETH TOLER IRA 2711 B WATSON BLVD. WARNER ROBINS, GA  31093 | Authorized per Order at Docket #114 Replicated from check #107 | 4110-000 | | ($240.00) | $908,487.92 |
| 02/05/14 | 101 | RED EAGLE INVESTMENTS, LLC C/O JANET DUNLOP 3213 W WHEELER STREET #265 SEATTLE, WA  98199 | Authorized per Order at Docket #109 | 4110-000 | | $12,000.00 | $896,487.92 |
| 02/05/14 | 102 | JOSEPH GOLDIAN 3660 BIG PINE ROAD MELBOURNE, FL  32934 | Authorized per Order at Docket #110 | 4110-000 | | $12,000.00 | $884,487.92 |
| 02/05/14 | 103 | CREEL COURT REPORTING 1230 RICHLAND STREET COLUMBIA, SC  29201 | Authorized per Order at Docket #117 | 2990-000 | | $1,195.00 | $883,292.92 |
| 02/05/14 | 104 | HORRY COUNTY TREASURER C/O RODDY DICKINSON 107 HWY. 57 N, BOX 2 LITTLE RIVER, SC  29566 | Authorized per Order at Docket #111 | 5800-000 | | $95,614.91 | $787,678.01 |
| 02/05/14 | 105 | MERITO INVESTMENTS, LLC C/O HEATHER DUNLOP 3213 W. WHEELER ST. #265 SEATTLE, WA  98199 | Authorized per Order at Docket #112 | 4110-000 | | $12,000.00 | $775,678.01 |
| 02/05/14 | 106 | PAT O'DONNELL P O BOX 134 GLENHAM, NY  12527 | Authorized per Order at Docket #113 | 4110-000 | | $12,000.00 | $763,678.01 |

Page Subtotals: $0.00   $132,809.91

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-06435 | Trustee Name: Michelle L. Vieira |
| Case Name: LEGACY DEVELOPMENT SC GROUP, LLC | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3727 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 11/20/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/14 | 107 | EQUITY TRUST CO, CUSTODIAN FBO WILLIAM LEE TOLER IRA 2711 B WATSON BLVD. WARNER ROBINS, GA 31093 | Authorized per Order at Docket #114 | 4110-000 | | $11,760.00 | $751,918.01 |
| 02/05/14 | 108 | EQUITY TRUST CO, CUSTODIAN FBO MARY ELIZABETH TOLER IRA 2711 B WATSON BLVD. WARNER ROBINS, GA 31093 | Authorized per Order at Docket #114 Replicated from check #107 | 4110-000 | | $240.00 | $751,678.01 |
| 02/05/14 | 109 | GFY HOLDINGS C/O DESCHAMPS LAW FIRM P O BOX 2402 MYRTLE BEACH, SC 29578 | Authorized by Order at Docket #118 - Break Up Fee | 2500-000 | | $26,250.00 | $725,428.01 |
| 02/05/14 | 110 | BARTON LAW FIRM 1715 PICKENS STREET COLUMBIA, SC 29201 | Authorized per Order at Docket #64, less 5% as per agreement with UST office | | | $176,170.09 | $549,257.92 |
| | | | Barton Law Firm Fees         ($174,076.81) | 3210-000 | | | |
| | | | Barton Law Firm Expenses      ($2,093.28) | 3220-000 | | | |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $870.30 | $548,387.62 |
| 03/14/14 | 111 | INSURANCE PARTNERS AGENCY, INC. 6190 Cochran Road, Suite E Solon, OH 44139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2014 FOR CASE #12-06435, Pro rata Trustee bond premium 3/1/14-3/1/15 | 2300-000 | | $309.71 | $548,077.91 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $779.04 | $547,298.87 |
| 04/28/14 | 112 | LUM & ELIZABETH HUGH 703 PIER AVENUE, B623 HERMOSA BEACH, CA 90254 | Payment per Settlement Order (Docket #134 entered 3/25/14) | 4110-000 | | $2,000.00 | $545,298.87 |
| 04/28/14 | 113 | GUY MANNING 5685 N. Juliano Road Las Vegas, NV 89149 | Payment per Settlement Order (Docket #133 entered 3/25/14) | 4110-000 | | $2,000.00 | $543,298.87 |
| 04/28/14 | 114 | KATHLEEN MANNING 5685 N. Juliano Road Las vegas, NV 89149 | Payment as per Settlement Order (Docket #135 entered 3/25/14 | 4110-000 | | $2,000.00 | $541,298.87 |

Page Subtotals:    $0.00    $222,379.14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 12-06435 | Trustee Name: | Michelle L. Vieira |
| Case Name: | LEGACY DEVELOPMENT SC GROUP, LLC | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX3727 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/14 | 115 | RON JONES VIA EQUITY TRUST IRA #20857<br>7804 FAIRVIEW ROAD PMB 311<br>CHARLOTTE, NC  28226 | Payment as per Settlement order (Docket #141 entered 4/15/14) | 4110-000 | | $2,000.00 | $539,298.87 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $858.17 | $538,440.70 |
| 05/01/14 | 116 | FAULKNER AND THOMPSON P.A.<br>PO Box 2456<br>Rock Hill, SC  297324456 | Accountant fees, as per Order Docket #143 | 3410-000 | | $27,146.50 | $511,294.20 |
| 05/01/14 | 117 | FAULKNER AND THOMPSON P.A.<br>PO Box 2456<br>Rock Hill, SC  297324456 | Accountant expenses, as per Order Docket #143 | 3420-000 | | $172.31 | $511,121.89 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $751.47 | $510,370.42 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $710.67 | $509,659.75 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $806.44 | $508,853.31 |
| 08/26/14 | 118 | BARTON LAW FIRM<br>1715 PICKENS STREET<br>COLUMBIA, SC  29201 | | | | $259,583.34 | $249,269.97 |
| | | | Barton Law Firm Fees            ($258,045.00) | 3210-000 | | | |
| | | | Barton Law Firm Expenses         ($1,538.34) | 3220-000 | | | |
| 08/29/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $707.51 | $248,562.46 |
| 09/02/14 | 119 | A. WILLIAM ROBERTS, JR & ASSOC. | MLV Deposition | 2990-000 | | $226.25 | $248,336.21 |
| 09/10/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $242.05 | $248,094.16 |
| 09/10/14 | | Transfer to Acct # xxxxxx0164 | Transfer of Funds | 9999-000 | | $248,094.16 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $541,298.87 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 12-06435 | Trustee Name: | Michelle L. Vieira |
| Case Name: | LEGACY DEVELOPMENT SC GROUP, LLC | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX3727 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/15/14 | 119 | Equity Trust Company, Custodian FBO Mary Elizabeth Toler IRA | Payment as per Consent Order #114 Entered 1/10/14 Re-issue of check # | 7100-000 | | $240.00 | ($240.00) |
| 10/15/14 | 120 | Equity Trust Company, Custodian FBO William Lee Toler IRA | Payment as per Consent Order #114 Entered 1/10/14 | 7100-000 | | $11,760.00 | ($12,000.00) |
| 10/23/14 | 119 | Equity Trust Company, Custodian FBO Mary Elizabeth Toler IRA | REVERSAL Check written from wrong account in error.  Never printed. | 7100-000 | | ($240.00) | ($11,760.00) |
| 10/23/14 | 120 | Equity Trust Company, Custodian FBO William Lee Toler IRA | REVERSAL Check written from closed account in error.  Never printed. | 7100-000 | | ($11,760.00) | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $896,487.92 | $896,487.92 |
| Less: Bank Transfers/CD's | $0.00 | $248,094.16 |
| Subtotal | $896,487.92 | $648,393.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $896,487.92 | $648,393.76 |

Page Subtotals:　　　　　$0.00　　　　　$0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0164 - Checking | $975,000.00 | $232,912.32 | $990,181.84 |
| XXXXXX66   - Checking Account | $896,487.92 | $648,393.76 | $0.00 |
|  | $1,871,487.92 | $881,306.08 | $990,181.84 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $8,512.08 |
|---|---|
| Total Net Deposits: | $1,871,487.92 |
| Total Gross Receipts: | $1,880,000.00 |

Trustee Signature:    /s/ Michelle L. Vieira    Date: 11/20/2014

Michelle L. Vieira
P O Box 70309
Myrtle Beach, SC 29572
(843) 497-9800
michellelvieira@msn.com

Page Subtotals:    $0.00    $0.00

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>**LEGACY DEVELOPMENT SC GROUP, LLC**<br><br>**Debtor(s)** | Case # 12-06435-DD<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned, Elaine MacMillan, hereby states that she mailed the within **Notice of Trustee's Motion to Allow Claims and Make An Interim Distribution** to the parties as shown on the attached matrix either electronically where appropriate or by depositing the same in the U.S. Post Office, postage prepaid, at Myrtle Beach, South Carolina, where there is regular communication by mail, and that same was mailed on November 25, 2014.

/s/ Elaine MacMillan
Elaine MacMillan, Assistant
Office of Michelle L. Vieira, Trustee
P O Box 70309
Myrtle Beach, SC  29572
Phone (843) 497-9800
Fax    (877) 684-1614
Email: TrusteeAssistant@chapter7.email

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 12-06435-dd<br>District of South Carolina<br>Charleston<br>Tue Nov 25 14:35:52 EST 2014 | BAILEY & GLASSER, LLP<br>209 CAPITOL STREET<br>CHARLESTON, WV 25301-2210<br>ATTN: KEVIN W. BARRETT | Bailey & Glasser, LLP<br>209 Capitol Street<br>ATTN: Kevin Barrett<br>Charleston, WV 25301-2210 |
| Barbara George Barton<br>1715 Pickens Street (29201)<br>PO Box 12046<br>Columbia, SC 29211-2046 | Barbara George Barton<br>Barton Law Firm, P.A.<br>1715 Pickens St.<br>PO Box 12046<br>Columbia, SC 29211-2046 | Brian Gardner, Division President<br>D.R. Horton, Inc.<br>503 Wando Park Blvd., Ste. 200<br>Mount Pleasant, SC 29464-7868 |
| Christine E. Brimm<br>Barton Law Firm, PA<br>1715 Pickens Street<br>Columbia, SC 29201-2646 | COUNTY OF HORRY<br>1301 SECOND AVENUE<br>CONWAY, SC 29526-5209 | CT Corporation System<br>2 Office Park Court, Suite 103<br>Columbia, SC 29223-5948 |
| Christopher A. Crowson<br>Bagwell Holt Smith P.A.<br>111 Cloister Court, Suite 200<br>Chapel Hill, NC 27514-2296 | James Clarkson<br>Horry County State Bank<br>P.O. Box 218<br>Loris, SC 29569-0218 | Clear Blue Ventures, LLC<br>c/o Kathleen Manning<br>5685 N. Juliano Road<br>Las Vegas, NV 89149-3907 |
| Equity Trust Company,<br>Custodian FBO Mary Elizabeth Toler IRA<br>c/o Mary Elizabeth Toler<br>2711 B. Watson Blvd.<br>Warner Robins, GA 31093-2909 | Equity Trust Company,<br>Custodian FBO William Lee Toler IRA No 8<br>c/o William Lee Toler Mary Elizabeth Tol<br>2711 B. Watson Blvd.<br>Warner Robins, GA  31093-2909 | GFY Holdings, LLC<br>c/o Nicholas Sowers<br>PO Box 6940<br>Myrtle Beach, SC 29572-0003 |
| GUY MANNING (MAYSURFER, LLC)<br>5685 N. JULIANO ROAD<br>LAS VEGAS, NV 89149-3907 | HEATHER DUNLAP (METRO INVESTMENTS)<br>218 MAIN STREET, #318<br>EAST SETAUKET, NY 11733-2851 | HERITAGE FUNDING, LLC<br>9799 OLD ST. AUGUSTINE ROAD<br>JACKSONVILLE, FL 32257-8974 |
| HORRY COUNTY STATE BANK<br>3640 RALPH ELLIS BLVD<br>LORIS, SC 29569-4025 | HORRY COUNTY TREASURER<br>PO BOX 1828<br>CONWAY, SC 29528-1828 | Elizabeth Hugh<br>703 Pier Ave. #B-623<br>Hermosa Beach, CA 90254-3949 |
| Lum Hugh<br>703 Pier Ave. #B-623<br>Hermosa Beach, CA 90254-3949 | J. Ronald Jones, Jr.<br>Clawson and Staubes, LLC<br>126 Seven Farms Drive, Suite 200<br>Charleston, SC 29492-8144 | JANET DUNLOP (RED EAGLE INVESTMENTS, LLC)<br>3213 W. WHEELER ST. #265<br>SEATTLE, WA 98199-3245 |
| JOSEPH GOLDIAN<br>3660 BIG PINE ROAD<br>MELBOURNE, FL 32934-8536 | J. Ronald Jones Jr.<br>Nexsen Pruet, LLC<br>205 King Street<br>Suite 400<br>Charleston, SC 29401-3159 | KATHLENE MANNING (CLEAR BLUE VENTURES)<br>5685 N. JULIANO ROAD<br>LAS VEGAS, NV 89149-3907 |
| LUM & ELIZABETH HUGH<br>703 PIER AVENUE, B623<br>HERMOSA BEACH, CA 90254-3949 | Legacy Development SC Group, LLC<br>9799 St. Augustine Road<br>Jacksonville, FL 32257-8974 | Mary Elizabeth Toler<br>2711 Watson Blvd<br>Warner Robins GA 31093-2909 |

| | | |
|---|---|---|
| Mayfarer, LLC<br>c/o Guy Manning<br>5685 N. Juliano Road<br>Las Vegas, NV 89149-3907 | Merito Investments LLC<br>3213 W. Wheeler Street<br>#265<br>Seattle, WA 98199-3245 | Forrest Truett Nettles II<br>Grimball & Cabaniss, LLC<br>473 Savannah Highway<br>PO Box 816<br>Charleston, SC 29402-0816 |
| PAT O'DONNELL<br>POST OFFICE BOX 134<br>GLENHAM, NY 12527-0134 | Brandon K. Poston<br>Nelson Mullins Riley & Scarborough<br>1320 Main Street<br>Columbia, SC 29201-3268 | RED EAGLE INVESTMENTS LLC<br>3213 W WHEELER ST #265<br>SEATTLE, WA 98199-3245 |
| RON JONES VIA EQUITY TRUST<br>IRA No 20857<br>7804 FAIRVIEW ROAD PMB 311<br>CHARLOTTE, NC  28226-4998 | RON JONES VIA EQUITY TRUST IRA 20857<br>7804 FAIRVIEW ROAD, PMB 311<br>CHARLOTTE, NC 28226-4998 | Red Eagle Investments LLC<br>3021 42nd Ave. West<br>Seattle, WA 98199-2421 |
| Ron Jones<br>Equity Trust Company, FBO Ron Jones IRA<br>7804 Fairview Rd., PMB 311<br>Charlotte, NC 28226-4998 | SCBT d/b/a First Federal a Division of SCBT<br>Joe E. Burns<br>520 Gervais Street<br>Columbia, SC 29201-3046 | SCBT d/b/a First Federal, a Division of SCBT<br>P. O. Box 118068<br>Charleston, SC 29423-8068 |
| SETH V. WHITAKER<br>96 BROAD STREET<br>CHARLESTON, SC 29401-2201 | Nicholas R Sanders<br>Clawson and Staubes, LLC<br>126 Seven Farms Drive, Suite 200<br>Charleston, SC 29492-8144 | Thomas L. Harper, Jr.<br>Womble Carlyle Sandridge & Rice, LLP<br>P.O. Box 999 (29402)<br>5 Exchange Street<br>Charleston, SC 29401-2530 |
| Elizabeth Toler<br>2711 B. Watson Blvd.<br>Warner Robins, GA 31093-2909 | William Toler<br>2711 B. Watson Blvd.<br>Warner Robins, GA 31093-2909 | Tom Staats Jr.<br>The Barefoot Companies<br>Post Office Box 1707<br>North Myrtle Beach, South Carolina 29598-1707 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | Michelle L. Vieira<br>PO Box 70309<br>Myrtle Beach, SC 29572-0024 | Seth W. Whitaker<br>Duffy & Young, LLC<br>96 Broad Street<br>Charleston, SC 29401-2201 |
| William Lee Toler<br>2711 B Watson Bld<br>Warner Robins GA 31093-2909 | William W. DesChamps, III<br>Attorney at Law<br>DesChamps Law Firm<br>1357 21st Ave. N., Ste. 102<br>Myrtle Beach, SC 29577-7446 | Joseph Rutledge Young III<br>Duffy & Young, LLC<br>96 Broad Street<br>Charleston, SC 29401-2201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Flagstar Bank, FSB | (du)Flagstar Bank, FSB | (d)Heritage Funding LLC<br>9799 Old St. Augustine Road<br>Jacksonville, FL 32257-8974 |

(d)Merito Investments LLC
3213 W Wheeler St #265
Seattle, WA 98199-3245

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57